UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Keith Judd

     v.

Barack Obama, et al

Case No. 1:13-fp-94

**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

    Attachments to the Complaint in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the attachments to the Complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the attachments, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    SO ORDERED.

                                            /S/ Landya B. McCafferty
                                            Landya B. McCafferty
                                            United States Magistrate Judge

Date: March 4, 2013

cc:   Keith Judd, pro se